

ORDERED in the Southern District of Florida on February 10, 2014.

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**EFIGENIA VIOLETA CARMONA**    Case No.: 13-34528-JKO
Chapter 13

Debtors(s),
_____/

### ORDER GRANTING DEBTOR'S MOTION TO SHORTEN PREJUDICE PERIOD

**THIS CAUSE** came to be heard on January 4th, 2014 upon the Debtors' Motion to Shorten Prejudice Period (DE #25), and the Court otherwise being fully advised in the premises, it is ORDERED:

1. Debtor`s Motion to Shorten Prejudice is hereby GRANTED.

2. The Order dismissing this case dated November, 4th 2013 (DE #12) shall be without prejudice to re-file a bankruptcy.

3. The Order Discharging Trustee, if entered, is vacated.

4. That any and all interim pre-confirmation payments made to the Chapter 13 Trustee under the new filed Chapter 13 Plan shall be deemed vested and non-refundable to the Debtor.

###

**Submitted by:**

MENDEZ LAW OFFICES, PLLC
Attorney for Debtor
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748